Hon. PIERRE ADOLPHE ROST,
Hon. GEORGE ROGERS KING, } *Associate Justices.*

---

### VIENNE *v.* POLICE JURY OF NATCHITOCHES.

Under sec. 37 of the stat. of 3 May, 1847, providing a revenue for the support of the govern-
ment, the compensation allowed to the assessor of taxes mentioned therein, is not limited
to a per centage on the amount of the state taxes only. Sec. 7 of the stat. of 16 March,
1848 cannot affect this interpretation of the stat. of 1847, as to the compensation of asses-
sors for the year 1847, under the stat. of that year.

APPEAL from the District Court of Natchitoches, *Taylor,* J. *Boyce,* for
the plaintiff. *Pierson,* for the appellants. The judgment of the court was
pronounced by

EUSTIS, C. J. This is an action to recover from the parish of Natchitoches
the sum of three hundred and thirty three dollars, being the amount alleged to
be due to the plaintiff as assessor of taxes for the said parish, being three per
cent on the amount of the assessment roll for the year 1847. The parish is
charged as being liable to the plaintiff under the 37th section of the act of 1847,
entitled an act to provide a revenue for the support of the government of this
State. Acts of 1847, p. 172.

The defendant, by counsel, has contended that, by the section quoted, the
only compensation for the assessor therein provided for, is that allowed for the
state taxes. But this construction is against the evident sense of the whole sec-
tion, and would leave a large portion of it without any meaning at all. It is the
duty of the court to adopt a construction which will give effect to the whole

---

* SLIDELL, J. was not present during this term.

VIENNE      section as it is written, whatever alteration may have been made in the law by
v.
POLICE JURY. the re-enactment of the 37th section of the act of 1847, in the 7th section of
the act of 1848. See laws of 1848, p. 132. And it appears by that section
that the additional compensation to the assessors, on the part of the parishes, is
excluded. The compensation due the assessor for the year 1847, under the
previous act, is not affected by the change.                          *Judgment affirmed.*